No. 11–293. KIVISTO v. MILLER, CANFIELD, PADDOCK & STONE, PLC, ET AL. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 11–299. WEST LINN CORPORATE PARK, L. L. C. v. CITY OF WEST LINN, OREGON, ET AL. C. A. 9th Cir. Motions of National

Association of Home Builders et al., Pacific Legal Foundation, and New England Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied.